# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 18, 2020

SEAN F. McAVOY, CLERK

JOHN C. FOX,

*Plaintiff*

v.

JERRY HATCHER, LT. COOMBS, JOSH SHELTON, BENTON COUNTY CORRECTIONAL CENTER, and BENTON COUNTY PROSECUTOR'S OFFICE,

*Defendant*

Civil Action No. 4:19-cv-05159-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 28, is GRANTED.
All claims are DISMISSED WITHOUT PREJUDICE.
Plaintiff's motion to waive the filing fee, ECF No. 28, is GRANTED.
Judgment is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on a motion to voluntarily dismiss complaint.

Date: February 18, 2020

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore